COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-01122-CV |
| Style: | Vicente Menchaca v. Insurance Company of the State of Pennsylvania |
| Date motion filed[*]: | February 19, 2019 |
| Type of motion: | Response to Corrected Order and Notice of Intent to Dismiss for Want of Jurisdiction |
| Party filing motion: | Pro Se Appellant Vicente Menchaca |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?        No.

If motion to extend time:

| | |
|---|---|
| Original due dates: | 12/20/18 (NOA deadline); 2/14/19 (brief) |
| Number of extensions granted: | 0   Current Due Dates:  1/4/19 (15-day grace period) |
| | 2/14/19 (brief) |
| Dates Requested: | 12/21/18 (NOA filing date); N/A (no date for brief) |

Ordered that motion is:

☑ Granted

   If document is to be filed, document due:  March 28, 2019.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _ Appellant's "Response to Corrected Order and Notice of Intent to Dismiss for Want of Jurisdiction," construed as the implied motion for extension of time to file his notice of appeal, is **granted** because his notice of appeal was filed on December 21, 2018, within the 15-day grace period ending on January 4, 2019, and his motion provides a reasonable explanation for the 1-day delay. *See* TEX. R. APP. P. 10.5(b), 26.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); *Hone v. Hanafin*, 104 S.W.3d 884, 886-87 (Tex. 2003).  Accordingly, the Court sua sponte extends the appellant's brief deadline for 30 days from the date of this Order, and appellant is **ordered** to file a brief that complies with Rule 38.1 **by March 28, 2019**. *See* TEX. R. APP. P. 2, 38.1, 38.6(d).

Judge's signature: _____/s/ Justice Laura C. Higley_____

                    x  Acting individually        ☐  Acting for the Court

Date:  ___February 26, 2019_____

November 7, 2008 Revision